1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10                                 FRESNO DIVISION

11

12  KEVIN M. LONG,                          1:13-cv-01256 GSA (PC)

13            Plaintiff,                     ORDER GRANTING APPLICATION TO
                                            PROCEED IN FORMA PAUPERIS
14       v.                                  (MOTION#2)
                                                         and
15  USA CALIFORNIA, et al.,                  ORDER DIRECTING PAYMENT
                                            OF INMATE FILING FEE BY
16            Defendants.                     STANISLAUS COUNTY SHERIFF

17  _____/

18          Plaintiff is a prisoner proceeding pro se pursuant to 42 U.S.C. § 1983 and has requested leave

19  to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff has made the showing required

20  by § 1915(a) and accordingly, the request to proceed in forma pauperis will be granted.  Plaintiff is

21  obligated to pay the statutory filing fee of $350.00 for this action.  28 U.S.C. § 1915(b)(1).  Plaintiff

22  is obligated to make monthly payments in the amount of twenty percent of the preceding month's

23  income credited to plaintiff's jail trust account.  The Stanislaus County Sheriff is required to send to

24  the Clerk of the Court payments from plaintiff's account each time the amount in the account

25  exceeds $10.00, until the statutory filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

26          In accordance with the above and good cause appearing therefore, IT IS HEREBY

27  ORDERED that:

28               1.  Plaintiff's application to proceed in forma pauperis is GRANTED;

                                              -1-

1    **2.  The Stanislaus County Sheriff or his designee shall collect payments from**

2    **plaintiff's jail trust account in an amount equal to twenty per cent (20%) of the preceding**

3    **month's income credited to the prisoner's trust account and shall forward those payments to**

4    **the Clerk of the Court each time the amount in the account exceeds $10.00,  in accordance with**

5    **28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of**

6    **the Court.  The payments shall be clearly identified by the name and number assigned to this**

7    **action.**

8    3.  The Clerk of the Court is directed to serve a copy of this order and a copy of

9    plaintiff's in forma pauperis application on the Stanislaus County Sheriff, Stanislaus County Jail,

10   Attention: Booking, at 1115 H Street, Modesto, CA  95354.

11   4.  The Clerk of the Court is directed to serve a copy of this order on the Financial

12   Department, U.S.  District Court, Eastern District of California, Fresno Division.

13   5.  Within sixty (60) days of the date of service of this order, plaintiff shall submit a

14   certified copy of his jail trust account statement for the six-month period immediately preceding the

15   filing of the complaint, if plaintiff has not already done so.

16   IT IS SO ORDERED.

17   **Dated:   August 22, 2013**                            _____ **/s/ Gary S. Austin** _____
                                                              UNITED STATES MAGISTRATE JUDGE
18

19

20

21

22

23

24

25

26

27

28